**Christopher Lee MICHELSON, Plaintiff-Appellant,**

v.

**Van DUNCAN; Stephen Coon, Asheville Police Detective; Mark S. Gage, ATF Special Agent; Ron Moore, Buncombe County District Attorney; Roger Theodore Smith, Buncombe County Attorney at Law, Defendants-Appellees.**

No. 17-6931

United States Court of Appeals, Fourth Circuit.

Submitted: February 22, 2018

Decided: February 26, 2018

Christopher Lee Michelson, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lee Michelson seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The district court has stated that the identified deficiencies in Michelson's initial complaint may be remedied through the filing of an amended complaint. Therefore, we conclude that the order Michelson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623 (4th Cir. 2015); *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

Accordingly, we deny Michelson's motion to appoint counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

*DISMISSED*